THE HOSPITAL SUPPLY COMPANY, Respondent, *v.* JOHN O'NEILL, Appellant.

*Hospital Supply Co.* v. *O'Neill*, 10 Misc. Rep. 655, affirmed.
(Argued January 17, 1898; decided February 1, 1898.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York, entered January 11, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*James Dunne* for appellant.

*Charles C. Nadal* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.

_____

JOHN D. HIGGINS, Respondent, *v.* GEORGIANNA W. KINGSLEY, Appellant.

*Higgins* v. *Kingsley*, 82 Hun, 150, affirmed.
(Submitted January 18, 1898; decided February 1, 1898.)

APPEAL from an order of the late General Term of the Supreme Court in the fourth judicial department, entered December 12, 1894, which reversed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit without a jury, and granted a new trial.

*J. S. Baker* for appellant.

*R. C. Briggs* for respondent.

Order affirmed and judgment absolute ordered for the plaintiff on the stipulation, with costs, on opinion below.
All concur.